

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Stephen Clark Webb v. The State of Texas

Appellate case number:    01-14-00174-CR

Trial court case number:   1389676

Trial court:                      337th District Court of Harris County

     On August 11, 2014, appellant filed his Third Agreed Motion to Extend Time to File Brief. The motion is **GRANTED, in part**. Appellant's brief is due September 8, 2014. There will be no further extensions.

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                 X  Acting individually     ☐  Acting for the Court


Date:  August 14, 2014